

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00445-CV

**IN THE ESTATE OF JOANNE COOKSEY FRIEND**, Deceased

From the County Court, Uvalde County, Texas
Trial Court No. 6904-16
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's order dated May 22, 2024 granting appellees' plea to the jurisdiction, and the trial court's June 6, 2024 order granting appellees' motion for severance, are REVERSED and this case is REMANDED to the trial court for further proceedings consistent with this court's opinion.

It is ORDERED that Appellant Sarah Friend Neutze recover her costs on appeal from Appellees Wayne and Betty Boyce.

SIGNED October 22, 2025.

_____
Lori Massey Brissette, Justice